**96–1195.  Smith v. Ohio Dept. of Human Serv.**

Clermont App. No. CA95–07–044.  Reported at 76 Ohio St.3d 1493, 670 N.E.2d 240.  On amended motion for reconsideration and on motion for stay pending appeal to the United States Supreme Court.  Motions denied.

**96–1200.  State v. Smith.**

Portage App. No. 95–P–0104.  Reported at 77 Ohio St.3d 1413, 670 N.E.2d 1002.  On motion for reconsideration.  Motion denied.

**96–1223.  State ex rel. Graham v. Rinker.**

In Mandamus.  Reported at 76 Ohio St.3d 1490, 670 N.E.2d 239.  On motion for reconsideration. Motion denied.

PFEIFER, J., dissents.

**96–1403.  State v. Sells.**

Crawford App. No. 3–96–12.  Reported at 77 Ohio St.3d 1420, 670 N.E.2d 1006.  On motion for reconsideration.  Motion denied.

**96–1769.  State ex rel. Jackson v. Kinkela.**

In Mandamus.  Reported at 76 Ohio St.3d 1490, 670 N.E.2d 239.  On motion for reconsideration. Motion denied.

**96–2037.  Armstrong v. Ohio Dept. of Rehab. & Corr.**

In Mandamus.  Reported at 77 Ohio St.3d 1410, 670 N.E.2d 1000.  On motion for reconsideration. Motion denied.

**96–2220.  State ex rel. DPR Properties, Inc. v. Butler Cty. Bd. of Elections.**

Reported at 77 Ohio St.3d 1434, 671 N.E.2d 266.  On motion for reconsideration.  Motion denied.